IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FRANKIE GREEN,
REG. #11382-035                                                                                      PLAINTIFF

v.                                              2:09CV00070HLJ

MR. RINGWOOD, et al.                                                                         DEFENDANTS

ORDER

Plaintiff, a federal inmate proceeding pro se, has paid the $350.00 filing fee in this federal civil rights (Bivens) action, and has been granted leave to proceed in forma pauperis for purposes of service, pursuant to 28 U.S.C. § 1915 (DE ##11, 17).

By Order dated September 10, 2009, this Court directed plaintiff to file a second amended complaint, finding plaintiff's original and amended complaints too vague and conclusory for the Court to determine whether his claim is frivolous, fails to state a claim for relief, or does state a legitimate cause of action (DE #17).  Plaintiff has now submitted his second amended complaint (DE #19). Having reviewed such, the Court finds service appropriate at this time.  Accordingly,

IT IS THEREFORE ORDERED that service is appropriate for defendants Mr. Ringwood, Mr. Ponder, Mr. Davis, T.C. Outlaw, Ms. Byaum, and Ms. White.  The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is directed to serve a copy of the original and amended complaints (DE ##1, 15, 19) and summons on the defendants, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 29th day of September, 2009.

_____
United States Magistrate Judge